NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RICHARD A. MCGEE,
*Petitioner,*

v.

DEPARTMENT OF THE AIR FORCE,
*Respondent.*

2009-3263

Petition for review of the Merit Systems Protection Board in CH0752080403-I-1.

## ON MOTION

## ORDER

Upon consideration of the Richard A. McGee's motion for a 30-day extension of time, until July 19, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. No further extensions.

FOR THE COURT

__JUN 2 8 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lawrence J. Fleming, Esq.
Leslie Cayer Ohta, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2010

JAN HORBALY
CLERK